20006. STREET *v.* THE STATE.

BROYLES, C. J. The evidence connecting the accused with the offense charged, while weak and not altogether satisfactory, authorized his conviction, and, the finding of the jury having been approved by the trial court, and no error of law appearing, this court is without authority to interefere with the verdict.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1929.

*Raymond Pierce,* for plaintiff in error.
*Herbert Strickland, solicitor, W. G. Thomas,* contra.